UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 11-067 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ALAI POE TAUAI, | ) |
| | ) |
| Defendant. | ) |

Offense charged:    Conspiracy to Interfere with Commerce by Robbery

Date of Detention Hearing:    March 8, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant, together with a co-defendant, is charged with conspiring to obtain, for purposes of distribution, cocaine and methamphetamine by robbing a residence where narcotics

were stored.  During the course of events set forth in the Complaint, defendant is alleged to have said that he had done "this type of thing...a lot".  Defendant is, in fact, a suspect in multiple other home invasion robberies in the Seattle area.

      (2)    Defendant does not have a stable employment history.  His past criminal record includes bench warrant activity for failing to appear for court.  He has several pending charges in unrelated cases in state court.  Much of his background is not verified.

      (3)    Defendant poses a risk of nonappearance due to lack of verification of information, conflicting information, history of failing to appear to Court, recent use of illegal controlled substances, and possession of a valid enhanced driver's license.  Defendant poses a risk of danger due to the nature of the instant offense.

      (4)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

      (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

      (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

      (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>8th</u> day of March, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge